Filed 4/3/14  P. v. Salas CA2/1

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B248621 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. VA120720) |
| v. | |
| TOMMY SALAS, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Raul A. Sahagun, Judge.  Affirmed.

Paul Couenhoven, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

Tommy Salas was convicted of first degree murder, with true findings on gang, personal firearm discharge causing death (Pen. Code, § 12022.53, subd. (d)), prior serious felony conviction, prior "strike" conviction, and two prior prison term allegations.

The conviction was based upon a February 28, 2011 incident in which Salas visited Kevin Basnight at his home, then seized a small bag of marijuana from Basnight at gunpoint, saying it was a "tax" and referring to "neighborhood," an apparent reference to the Neighborhood Norwalk gang to which Salas admittedly belonged. When Basnight resisted, Salas fatally shot him.

Salas filed a timely appeal. We appointed counsel to represent him on appeal. After examination of the record, counsel filed an opening brief raising no issues and asking this court to independently review the record. On November 18, 2013, we advised Salas he had 30 days within which to personally submit any contentions or issues he wished us to consider. To date, we have received no response.

We have examined the entire record and are satisfied Salas's attorney has fully complied with his responsibilities and no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 109–110; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.

MILLER, J.*

We concur:


ROTHSCHILD, Acting P. J.


CHANEY, J.

---

* Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.